IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LIBERTY MUTUAL FIRE**
**INSURANCE COMPANY**                                                              **PLAINTIFF**

V.                                                         CIVIL ACTION NO. 5:21-CV-53-DCB-FKB

**WILKINSON COUNTY SCHOOL DISTRICT**                          **DEFENDANT**

## ORDER APPOINTING UMPIRE

Before the court is the defendant's motion to appoint an umpire for the appraisal of damages to the Wilkinson County Public School property. Both parties have nominated more than one potential umpire and each side has objected to those potential candidates offered by the other party. The court does hereby appoint Samuel C. Kelly, with the law firm of Brunini, Grantham, Grower & Hewes in Jackson, Mississippi as umpire.

SO ORDERED this the 20th day of October, 2021.

s/David Bramlette
UNITED STATES DISTRICT JUDGE