**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LIBERTY MUTUAL FIRE
INSURANCE COMPANY**                                                    **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO. 5:21-CV-53-DCB-FKB**

**WILKINSON COUNTY SCHOOL DISTRICT**                     **DEFENDANT**

## AMENDED ORDER APPOINTING UMPIRE

Before the court is the defendant's motion to appoint an umpire for the appraisal of damages to the Wilkinson County Public School property. Both parties have nominated more than one potential umpire and each side has objected to those potential candidates offered by the other party. The court does hereby appoint Samuel C. Kelly, with the law firm of Brunini, Grantham, Grower & Hewes in Jackson, Mississippi as umpire.

The Court further directs the appraisal panel to exercise due diligence to promptly issue an appraisal award and utilize its best efforts to do so within 120 days of this Order. As provided by the insurance policy, each party shall pay one-half of the fees and expenses of the appraisal umpire.

The Court will retain jurisdiction to resolve any disputes that may remain or develop after issuance of this Order, but hereby instructs the clerk to administratively close the case pending the outcome of the appraisal or as otherwise may be directed by the Court. The parties are directed to file a status report within thirty days of issuance of the appraisal panel's appraisal

award or within 120 days of this Order, whichever is sooner.

      SO ORDERED this the  5th  day of November, 2021.

                                            s/David Bramlette
                                            UNITED STATES DISTRICT JUDGE